**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re:<br><br>Pearl Earl Alexander<br><br>Debtor(s) | Case No. 13-47788 |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Tom Vaughn, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 12/13/2013.

2) The plan was confirmed on 02/27/2014.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was converted on 07/22/2015.

6) Number of months from filing to last payment: 16.

7) Number of months case was pending: 23.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: NA.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

### Receipts:

|   |   |
|---|---|
| Total paid by or on behalf of the debtor | $7,500.00 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:** **$7,500.00**

### Expenses of Administration:

|   |   |
|---|---|
| Attorney's Fees Paid Through the Plan | $3,000.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $316.62 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** **$3,316.62**

Attorney fees paid and disclosed by debtor:   $1,000.00

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| ACL LABORATORIES | Unsecured | 1,020.00 | NA | NA | 0.00 | 0.00 |
| Advocate Health Center | Unsecured | 92.00 | NA | NA | 0.00 | 0.00 |
| Advocate Illinois Masonic Med Cente | Unsecured | 569.00 | NA | NA | 0.00 | 0.00 |
| ADVOCATE MEDICAL GROUP | Unsecured | 251.00 | NA | NA | 0.00 | 0.00 |
| Advocate Medical Group | Unsecured | 266.00 | NA | NA | 0.00 | 0.00 |
| Allianceone | Unsecured | 1,331.00 | NA | NA | 0.00 | 0.00 |
| Amer Coll Co/ACC International | Unsecured | 326.00 | NA | NA | 0.00 | 0.00 |
| Athletic & Therapeutic Inst. | Unsecured | 285.00 | NA | NA | 0.00 | 0.00 |
| Cap One | Unsecured | 180.00 | NA | NA | 0.00 | 0.00 |
| Chicago Anesthesiology Pain Special | Unsecured | 48.00 | NA | NA | 0.00 | 0.00 |
| CITY OF CHICAGO DEPT OF REVENU | Unsecured | 223.00 | NA | NA | 0.00 | 0.00 |
| Cmre Financial Services Inc | Unsecured | 441.00 | NA | NA | 0.00 | 0.00 |
| Cmre Financial Services Inc | Unsecured | 125.00 | NA | NA | 0.00 | 0.00 |
| COOK COUNTY TREASURER | Secured | NA | NA | NA | 0.00 | 0.00 |
| Diversified Consulta | Unsecured | 1,332.00 | NA | NA | 0.00 | 0.00 |
| EPMG of Illinois, SC | Unsecured | 1,800.00 | NA | NA | 0.00 | 0.00 |
| Fncc/Legacy Visa | Unsecured | 183.00 | NA | NA | 0.00 | 0.00 |
| Household Bank | Unsecured | 45.00 | NA | NA | 0.00 | 0.00 |
| HSBC Card Services | Unsecured | 375.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS COLLECTION SVC | Unsecured | 502.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS LABORATORY ASSOCIATES | Unsecured | 44.00 | NA | NA | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS | Unsecured | 179.00 | 179.44 | 179.44 | 80.89 | 0.00 |
| METROPOLITAN ADVANCED RAD SF | Unsecured | 21.00 | NA | NA | 0.00 | 0.00 |
| Midnight Velvet | Unsecured | 175.00 | NA | NA | 0.00 | 0.00 |
| MIDWEST ASSOCIATES IN NEUROLO | Unsecured | 90.00 | NA | NA | 0.00 | 0.00 |
| MIDWEST DIAGNOSTIC PATHOLOGY | Unsecured | 30.00 | NA | NA | 0.00 | 0.00 |
| OAK PARK CLINICAL PATHOLOGIST: | Unsecured | 48.00 | NA | NA | 0.00 | 0.00 |
| ONEWEST BANK FSB | Unsecured | 43,418.00 | NA | NA | 0.00 | 0.00 |
| ONEWEST BANK FSB | Secured | NA | 0.00 | 341.00 | 341.00 | 0.00 |
| ONEWEST BANK FSB | Secured | 113,568.00 | 177,601.53 | 177,601.53 | 0.00 | 0.00 |
| PRA RECEIVABLES MANAGEMENT | Unsecured | 317.00 | 317.73 | 317.73 | 143.24 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Professional Anesthesia SC | Unsecured | 319.90 | NA | NA | 0.00 | 0.00 |
| River Forest Imaging | Unsecured | 38.00 | NA | NA | 0.00 | 0.00 |
| STATE FARM | Unsecured | 869.00 | NA | NA | 0.00 | 0.00 |
| STATE FARM INSURANCE | Unsecured | 6,698.80 | 7,257.24 | 7,257.24 | 3,272.03 | 0.00 |
| SUNRISE CREDIT | Unsecured | 1,161.85 | NA | NA | 0.00 | 0.00 |
| T-Mobile Financial | Unsecured | 442.00 | NA | NA | 0.00 | 0.00 |
| VERIZON | Unsecured | 782.00 | 767.89 | 767.89 | 346.22 | 0.00 |
| Village Radiology, Ltd | Unsecured | 22.00 | NA | NA | 0.00 | 0.00 |
| Wellington Radiology Group | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| Westgate Orthopaedic | Unsecured | 81.69 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $177,601.53 | $0.00 | $0.00 |
| Mortgage Arrearage | $341.00 | $341.00 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$177,942.53** | **$341.00** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$8,522.30** | **$3,842.38** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $3,316.62 |
| Disbursements to Creditors | $4,183.38 |
| **TOTAL DISBURSEMENTS :** | **$7,500.00** |

**UST Form 101-13-FR-S (09/01/2009)**

12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 10/29/2015                                By: /s/ Tom Vaughn
                                                        Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.